UNITED STATES of America, Plaintiff—Appellee,

v.

Miguel Angel RIVAS–GARCIA, Defendant—Appellant.

No. 05–50366.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

Teresa S. Mack, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suit-

Maria E. Stratton, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Miguel Rivas–Garcia appeals his sentence imposed following his guilty plea to being an illegal alien found in the United States after deportation, in violation of 8 U.S.C. § 1326(a). He contends that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer good law and that the district court violated his constitutional rights in enhancing his sentence under 8 U.S.C. § 1326(b) and § 2L1.2(b)(1)(A)(ii) of the advisory Sentencing Guidelines based on a non-jury fact finding regarding his prior commission of an aggravated felony. This contention is foreclosed by *United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.